

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00448-CR

NICHOLAS RYAN HESTER, Appellant          §    On Appeal from the 396th District Court

§    of Tarrant County (1549191R)

V.                                       §    January 30, 2020

§    Opinion by Justice Wallach

THE STATE OF TEXAS                       §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach